**620-15**

# ELECTRONIC RECORD

COA #   10-14-00247-CR

OFFENSE:  Habeas Corpus - Bail

STYLE:  Ex parte Alejandro Chavez Ramirez v.

COUNTY:  Johnson

TRIAL COURT:   18th District Court

Appellant's   MOTION

TRIAL COURT #:   47308-A

FOR REHEARING IS:   Denied

TRIAL COURT JUDGE:   Hon. John Edward Neill

DATE:   April 23, 2015

DISPOSITION:   Affirmed

JUDGE:   Chief Justice Gray

DATE:   April 23, 2015

JUSTICE:   Chief Justice Gray      PC        S     X

PUBLISH:            DNP:   X

| | | |
|---|---|---|
| CLK RECORD: | August 21, 2014 | SUPP CLK RECORD: | October 9, 2014 |
| RPT RECORD: | September 9, 2014 | SUPP RPT RECORD: | |
| STATE BR: | November 14, 2014 | SUPP BR: | March 17, 2015 |
| APP BR: | October 17, 2014 | PRO SE BR: | March 19, 2015 |

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

CCA #   **620-15**

----------------------

___*APPELLANT'S*___ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

___*REFUSED*___

DATE: ___*06/24/2015*___

JUDGE: _____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____